**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRY CURTIS,** *et al.*                                                                 **PLAINTIFFS**

**v.**                                      **CASE NO. 4:19-CV-00770-BSM**

**MICHAEL NEAL,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

    Consistent with the order entered today, this case is dismissed with prejudice.

    IT IS SO ORDERED, this 28th day of June, 2021.

<br>

                                                _____
                                                UNITED STATES DISTRICT JUDGE